RALPH C. MASON et al., as Executors of EILA H. McKEE, Deceased, Appellants, *v.* PUBLIC NATIONAL BANK & TRUST COMPANY OF NEW YORK, Respondent.

Argued January 15, 1942; decided March 5, 1942.

*Clifton P. Williamson* and *Donald M. Dunn* for appellants.
*Joseph M. Proskauer, Sam L. Cohen, J. Alvin Van Bergh,
Alfred W. Bressler* and *Henry Schneider* for respondent.

*Leo P. Dorsey* and *F. W. H. Adams* for New York State
Bankers Association, *amicus curiæ.*

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY,
LEWIS, CONWAY and DESMOND, JJ.